UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-14494-ROSENBERG/LYNCH

DAVID POSCHMANN,

        Plaintiff,

v.

CAMARDA LAND HOLDINGS, LLC
and CAFÉ MILAN USA, INC.,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]

Respectfully submitted this 17th day of February, 2015.

| | |
|---|---|
| s/Drew Levitt | s/Glenn J. Webber |
| Drew Levitt, Esq. | Glenn J. Webber, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 356158 |
| DML2@bellsouth.net | courts@webberfl.com |
| Lee D. Sarkin, Esq. | Glenn J. Webber, P.A. |
| Florida Bar No. 962848 | 101 SE Ocean Boulevard, Ste. 203 |
| 4700 N.W. Boca Raton Boulevard | Stuart, Florida  34994 |
| Suite 302 | (772) 287-5600 |
| Boca Raton, Florida 33431 | Attorneys for Defendant, Camarda Land |
| Telephone (561) 994-6922 | Holdings, LLC |
| Facsimile  (561) 994-0837 | |
| Attorneys for Plaintiff | |

---

[1] The Court, on February 4, 2015, entered an Order of Dismissal With Prejudice of Café Milan USA, Inc. and retained jurisdiction for sixty days to enforce the settlement agreement between Plaintiff and Café Milan USA, Inc. (DE 11).